NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-1047

CRAIG FONTENOT, ET AL.

VERSUS

ERIC GRANGER, ET AL.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF ACADIA, NO. 77,239
HONORABLE HERMAN C. CLAUSE, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Oswald A. Decuir, Jimmie C. Peters, and Elizabeth A. Pickett, Judges.

REVERSED AND RENDERED.

Gary J. Ortego
Attorney at Law
P. O. Drawer 810
Ville Platte, LA 70586
(337) 363-0707
Counsel for Plaintiffs/Appellants:
    Craig and Cindy Fontenot

Jackson Burke Bolinger
Caffery Plaza, Suite 100
4023 Ambassador Caffery Parkway
Lafayette, LA 70503
(337) 988-7240
Counsel for Defendants/Appellees:
    State Farm Mutual Auto Ins. Co.
    Eric and Judy Granger

**Robert E. Kerrigan, Jr.**
**Deutsch, Kerrigan & Stiles, L.L.P.**
**755 Magazine Street**
**New Orleans, LA 70130**
**(504) 581-5141**
**Counsel for Secondary Defendant/Appellant:**
    **National Union Fire Insurance Company of Louisiana**

**Jonathan C. Vidrine**
**West & Vidrine**
**P. O. Drawer 1019**
**Ville Platte, LA 70586**
**(337) 363-2772**
**Counsel for Plaintiffs/Appellants:**
    **Craig and Cindy Fontenot**